ORIGINAL

SCOTT JONES
PO BOX 1363
MERIDIAN, IDAHO 83642
208-794-1498

ROBERT COY
9941 W. GRANGER AVENUE
BOISE, IDAHO 83704
208-391-8043

RICHARD J. DRENNON
PO BOX 1363
MERIDIAN, IDAHO 83642
208-407-1672

JAMES COY
8880 W. MAPLEVIEW COVE
BOISE, IDAHO 83704
208-914-4449

PLAINTIFFS PRO SE/PRO PER

U.S. COURTS

JUL 2 2 2016

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

### SOUTHERN CALENDAR

| | |
|---|---|
| SCOT JONES, ROBERT COY, RICHARD J. DRENNON, JAMES COY, individuals, | |
| Plaintiffs, | Case No. 1:16-CV-00329-REB |
| -vs- | |
| IDAHO LEGISLATIVE REPRESENTATIVES , a Governmental Entity; IDAHO LEGISLATIVE REPRESENTATIVES  UNKNOWN JOHN and JANE DOE, 1-thru-200, Employees, Agents and/or Representatives; | VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, AND DAMAGES |
| STATE OF IDAHO, aka IDAHO, STATE OF, a Governmental Entity; STATE OF IDAHO, aka IDAHO, STATE OF, UNKNOWN JOHN and JANE DOE, 1- | |

**VERIFIED COMPLAINT FOR DECLATORY AND
INJUNCTIVE RELIEF AND DAMAGES-Page 1**



thru-20, Employees, Agents and/or
Representatives;

THE IDAHO SECRETARY OF STATE, a
Governmental Entity;  THE IDAHO
SECTRETARY OF STATE, UNKNOWN
JOHN and JANE DOE, 1-thru-20,
Employees, Agents and/or Representatives;

THE IDAHO SECRETARY OF STATE,
Known John and Jane Does, Lawrence
Denny, UCC Specialist Jeff Harvey;

THE OFFICE OF THE IDAHO
ATTORNEY GENERAL, a Governmental
Entity; THE OFFICE OF THE IDAHO
ATTORNEY GENERAL, UNKNOWN
JOHN and JANE DOE, 1-thru-20,
Employees, Agents and/or Representatives;

THE OFFICE OF THE IDAHO
ATTORNEY GENERAL, Known John and
Jane Does Lawrence Wasdon.

IDAHO TAX COMMISSION, A
Governmental Entity; IDAHO TAX
COMMISSION UNKNOWN JOHN and
JANE DOE, 1-thru-20, Employees, Agents
and/or Representatives;

IDAHO TAX COMMISSION Known
Employees, Agents and Representatives-
Chairman, Rich Jackson; Commissioners
Tom Katsilometes, Ken Roberts, Jerry
Birch, Shawna Wilke, Elliot Werk, and
David Noland, Field Service Bureau; TAX
ENFORCEMENT Official, Agent,
Employee and Representative, Christen
Lewis; TAX COLLECTION DIVISION,
Defendants Robert Howe, Jeff Shields and
Debbie Coulson, Tim Hurst, Shelley
Johnson;

IDAHO BOARD OF CORRECTIONS, a
Governmental Entity; IDAHO BOARD OF
CORRECTIONS UNKNOWN JOHN and

DEMAND FOR JURY TRIAL HEREIN

**VERIFIED COMPLAINT FOR DECLATORY AND
INJUNCTIVE RELIEF AND DAMAGES-Page 2**

JANE DOE, 1-thru-20, Employees, Agents
and/or Representatives;

IDAHO DEPARTMENT OF
CORRECTIONS, a Governmental Entity;
IDAHO DEPARTMENT OF
CORRECTIONS (IDOC) UNKNOWN
JOHN and JANE DOE, 1-thru-80, Medical
Care Provider Corizon Medical Staff and
IDOC Officers, Officials, Employees,
Agents and/or Representatives;

IDOC Known Wardens, Officers, Officials,
Agents, Employees and Representatives Lt.
S. Brood; Janae Vorhes; Angel Dobrev;
Julie Bryant; M. Mason; Honorable
Warden Randy Blades;

IDAHO STATE CORRECTION
INSTITUTION (ISCI), a Governmental
Entity; ISCI UNKNOWN JOHN and JANE
DOE, 1-thru-80, Medical Care Provider
Corizon Medical Staff and ISCI Officers,
Officials, Employees, Agents and/or
Representatives;

IDAHO STATE CORRECTIONAL
CENTER (ISCC), a Government Entity;
ISCC UNKNOWN JOHN and JANE DOE,
1-thru-80, Medical Care Provider Corizon
Medical Staff and ISCI Officers, Officials,
Employees, Agents and/or Representatives,
ISCC Honorable Warden Randy Blades;

IDAHO COMMISSION OF PARDONS
AND PAROLE, a Governmental Entity;
IDAHO COMMISSION OF PARDONS
AND PAROLE UNKNOWN JOHN and
JANE DOE, 1-thru-40, Employees, Agents
and/or Representatives;

DISTRICT FOUR PROBATION AND
PAROLE, a Governmental Entity;
DISTRICT FOUR PROBATION AND
PAROLE UNKNOWN JOHN and JANE
DOE, 1-thru-40, Employees, Agents and/or

**VERIFIED COMPLAINT FOR DECLATORY AND
INJUNCTIVE RELIEF AND DAMAGES-Page 3**

Representatives;

ADA COUNTY TREASURER, a Governmental Entity; ADA COUNTY TREASURER UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives;

ADA COUNTY TREASURER Known Employee, Agent and Representative, Vicky J. McIntyre;

ADA COUNTY DISTRICT COURT, a Governmental Entity; ADA COUNTY UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives;

ADA COUNTY DISTRICT COURT Known Defendants Judges Richard Greenwood and Thomas Watkins;

ADA COUNTY PROSECUTOR(S), a Governmental Entity; ADA COUNTY DEPUTY PROSECUTORS UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives;

ADA COUNTY DEPUTY PROSECUTING ATTORNEYS, Known Individual Defendants Prosecuting Attorney Jan M. Bennetts, Deputy Prosecuting Attorney, Kari Higbee, Deputy Prosecution Attorney Ray J. Chacko, Erin Pettinger, Douglas R. Varie, Matt Haynes and Tamera Kelly;

ADA COUNTY COURT RECORDERS OFFICE, a Governmental Entity; ADA COUNTY COURT RECORDERS OFFICE, UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives;

ADA COUNTY COURT RECORDERS OFFICE, Known John and Jane Does Jim

| | |
|---|---|
| Morton.<br><br>**ADA COUNTY SHERIFFS DEPARTMENT; ADA COUNTY SHERIFF  UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents, Detectives and/or Representatives;**<br><br>**ADA COUNTY SHERIFFS Known Employee, Agent, Detective and Representative, W. Naupct, Matt Buie and Boise City Detectives Wade Spain and S. Kelsay;**<br><br>**WILLIAM NARY, Meridian, Idaho City Attorney; WILLIAM STOY and SCOTT COLAIANNI Meridian, Idaho Police officers;**<br><br>Defendants. | |

## PLAINTIFFS' INTRODUCTION STATEMENT:

The plaintiffs in this case that the Court's indulgence regarding the following allegations and claims. It is not the purpose of the plaintiffs in this case to cause undue problematic litigation, however according to federal Rules of Civil Procedure-9 plaintiffs have to be specific in their allegations and claims in order to get a full understanding of violations of plaintiffs constitutional and civil rights, both under the Idaho and United States constitutions. Plaintiff will be amending the complaint to comply with any relevant changes in the circumstances involving this case, including defendants and other plaintiffs that become known.  Plaintiff seeks a hearing on the merits of their claims and seeks to certify some questions of law regarding the claims raised in this case in a good-faith effort that would possibly shorten the litigation and reduce some of the claims if needed.

**PARTIES:**

1. Plaintiff Scott Jones, is a citizen of the United States and a resident of Ada County located at Po Box 1363, Meridian, Idaho 83642, at all times relevant to this case was a victim and the injured party due to the defendant's actions alleged. Defendants are sued in their individual and official capacities.

2. Plaintiff Robert Coy, is a citizen of the United States and resident of Ada County located at 9941 W. Granger Avenue, Boise, Idaho 83704, at all times relevant to this case was a victim and the injured party due to the defendant's actions alleged. Defendants are sued in their individual and official capacities.

3. Plaintiff Richard J. Drennon, this is the United States in a resident of Ada County located by mail at Po Box 1363, Meridian, Idaho 83642, at all times relevant to this case was a victim and the injured party due to the defendant's actions alleged. Defendants are sued in their individual and official capacities.

4. Plaintiff James Coy, is a citizen of the United States and resident of Ada County located at 8880 W. MAPLEVIEW COVE, BOISE, IDAHO 83704, at all times relevant to this case was a victim and the injured party due to the defendant's actions alleged. Defendants are sued in their individual and official capacities.

5. Defendants IDAHO LEGISLATIVE REPRESENTATIVES, is a Governmental Entity, located at the Idaho Statehouse, on Capital Street, PO Box 83720 , Boise, Idaho 83720, at all times relevant to this complaint was a legislative body that cause the injuries to the plaintiffs herein, with a specific notification of creating a statute regarding probation and parole officers to place an offender in the Ada County Jail which is not capable of providing the medical care to anyone under that statute as applied to plaintiff Drennon. Defendants are sued in their official capacity.

**VERIFIED COMPLAINT FOR DECLATORY AND
INJUNCTIVE RELIEF AND DAMAGES-Page 6**

6. Defendants IDAHO LEGISLATIVE REPRESENTATIVES   UNKNOWN JOHN and JANE DOE, 1-thru-200, Employees, Agents and/or Representatives, are the legislative body and of individuals creating the laws and statutes of the state of Idaho, located at the Idaho Statehouse, on Capital Street, PO Box 83720 , Boise, Idaho 83720, at all times relevant to this complaint was a legislative body that cause the injuries to the plaintiffs herein, with a specific notification of creating a statute regarding probation and parole officers to place an offender in the Ada County Jail which is not capable of providing the medical care to anyone under that statute as applied to plaintiff Drennon.  Defendants are sued in their official capacity.

7. Defendants STATE OF IDAHO, aka IDAHO, STATE OF, and is doing business as Incorporated Governmental Entity, located at the Idaho Statehouse, on Capital Street, PO Box 83720 , Boise, Idaho 83720, at all times relevant to this complaint is the governing authority over the state and county defendants regarding implementation of rules and regulations that deprive plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants. Defendants are sued in their official capacity.

8. Defendants STATE OF IDAHO, aka IDAHO, STATE OF, UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives of the state of Idaho located at the Idaho Statehouse, on Capital Street, PO Box 83720 , Boise, Idaho 83720, at all times relevant to this complaint are, the agents over the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants. Defendants are sued in their individual and official capacities.

9. THE IDAHO SECRETARY OF STATE, a Governmental Entity, located at the Idaho

Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720, at all times relevant to this complaint are, the officials and agents over the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants and by refusing to file Lien documents against the specific Defendants identified in the factual allegations *Infra*. Defendants are sued in its official capacity.

10. Defendants THE IDAHO SECRETARY OF STATE, UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives citizens of the United States and working for the Idaho Secretary of State, located at the Idaho Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720, at all times relevant to this complaint are the officials and agents over the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants and by refusing to file Lien documents against the specific Defendants identified in the factual allegations *Infra.*. Defendants are sued in their individual and official capacities.

11. Defendant THE IDAHO SECRETARY OF STATE, a Governmental Entity, located at the Idaho Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720, at all times relevant to this complaint is, the official over the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants and by refusing to file Lien documents against the specific Defendants identified in the factual allegations *Infra.*. Defendants are sued in its official capacity.

12. Defendant THE IDAHO SECRETARY OF STATE Lawrence Denny and UCC Specialist Jeff

Harvey are citizens of the United States residing in Ada County, doing business as the Idaho Secretary of State, located at the Idaho Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720, at all times relevant to this complaint is, the official over the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants and by refusing to file Lien documents against the specific Defendants identified in the factual allegations *Infra.*. Defendants are sued in their individual and official capacities.

13. Defendant THE OFFICE OF THE IDAHO ATTORNEY GENERAL, a Governmental Entity, and Lawrence Wasdon are located at the Idaho Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720, at all times relevant to this complaint is the legal representative of the State Defendants and review most of all laws that are implemented for the state and county defendants regarding implementation of rules and regulations that have deprived Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the defendants and by refusing to file Lien documents against the specific Defendants identified in the factual allegations *Infra.*. Defendant is sued in their individual and official capacities.

14. Defendants DEPUTY ATTORNEY GENERALS UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives act on behalf of the Idaho Atty. Gen.'s office, and are located in various parts of the state of Idaho in Ada County, with the main office, located at the Idaho Statehouse, on Capital Street, PO Box 83720, Boise, Idaho 83720 with full authority to implement any new statutes and laws that come forth from the legislative defendants and at all times relevant to this complaint are the defendants that caused injuries to the plaintiffs.

**VERIFIED COMPLAINT FOR DECLATORY AND
INJUNCTIVE RELIEF AND DAMAGES-Page 9**

Defendants are sued in their individual and official capacities.

15. Defendant IDAHO TAX COMMISSION, is a Governmental Entity, is located at 800 E Park Blvd #500, Boise, ID 83712, at all times relevant to this complaint are the officials and agents over the state and county defendants regarding implementation of tax rules and regulations that have deprived Plaintiffs Jones, Robert Coy and James Coy of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of assisting in or ignoring the wrongful conduct of the defendants. Defendants are sued in their individual and official capacities.

16. Defendant IDAHO TAX COMMISSION UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives; is located at 800 E Park Blvd #500, Boise, ID 83712, at all times relevant to this complaint are the officials and agents over the state and county defendants regarding implementation of tax rules and regulations that have deprived Plaintiffs Jones, Robert Coy and James Coy of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of assisting in or ignoring the wrongful conduct of the defendants. Defendants are sued in their individual and official capacities.

17. Defendant IDAHO TAX COMMISSION Known Employees, Agents and Representatives- Chairman, Rich Jackson; Commissioners Tom Katsilometes, Ken Roberts, Jerry Birch, Shawna Wilke, Elliot Werk and David Noland, Field Service Bureay Chief; TAX ENFORCEMENT Official, Agent, Employee and Representative, Christen Lewis; TAX COLLECTION DIVISION, Defendants Robert Howe, Jeff Shields and Debbie Coulson, Tim Hurst, Shelley Johnson, are citizens of the United States, working for the Defendant Idaho Tax Commission, located at 800 Park Blvd., Plaza IV, Boise, Idaho 83712, at all times relevant to this complaint are the officials and agents regarding the attempts to seize and extort money from Plaintiffs that

deprive Plaintiffs of their constitutional right of due process of law to seek redress of grievances and has a pattern and practice of ignoring the wrongful conduct of the tax commission defendants by the exaggerated response and inflated price of the Lexus to become unjustly enriched. Defendants are sued in their individual and official capacities.

18. Defendant IDAHO BOARD OF CORRECTIONS, a Governmental Entity; is located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents over the state correctional systems defendants regarding implementation of rules and regulations governing individual officials, representatives and agents as well as are the responsible entity/party over the conduct of their individual officials, representatives and agents. These individuals are sued in its official capacity.

19. Defendant IDAHO BOARD OF CORRECTIONS UNKNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives are located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents that caused injury to the Plaintiffs.  These individuals are sued in their individual and official capacities.

20. Defendant IDAHO DEPARTMENT OF CORRECTIONS, a Governmental Entity located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon.  These individuals are sued in their individual and official capacities.

21. Defendant IDAHO DEPARTMENT OF CORRECTIONS (IDOC) UNKNOWN JOHN and JANE DOE, 1-thru-80, Medical Care Provider Corizon Medical Staff and IDOC Officers, Officials, Employees, Agents and/or Representatives, headquarters located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents

supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

22. Defendant IDOC Known Wardens, Officers, Officials, Agents, Employees and Representatives Lt. S. Brood; Janae Vorhes; Angel Dobrev; Julie Bryant; M. Mason; Honorable Warden Randy Blades, located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

23. Defendant IDAHO STATE CORRECTION INSTITUTION (ISCI), a Governmental Entity, located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

24. Defendant ISCI UNKNOWN JOHN and JANE DOE, 1-thru-80, Medical Care Provider Corizon Medical Staff and ISCI Officers, Officials, Employees, Agents and/or Representatives, headquarters located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

25. Defendant IDAHO STATE CORRECTIONAL CENTER (ISCC), a Government Entity

headquarters located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

26. Defendant ISCC UNKNOWN JOHN and JANE DOE, 1-thru-80, Medical Care Provider Corizon Medical Staff and ISCI Officers, Officials, Employees, Agents and/or Representatives, ISCC Honorable Warden Randy Blades, headquarters located at 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to Plaintiff Drennon. These individuals are sued in their individual and official capacities.

27. Defendants IDAHO COMMISSION OF PARDONS AND PAROLE, a Governmental Entity and IDAHO COMMISSION OF PARDONS AND PAROLE UNKNOWN JOHN and JANE DOE, 1-thru-40, Employees, Agents and/or Representatives, located at 3056 Elder St, Boise, ID 83705, at all times relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the prison facilities, including controlling the conduct of the contract medical care provider that caused injury to all the Plaintiffs. These individuals are sued in their individual and official capacities.

28. Defendant DISTRICT FOUR PROBATION AND PAROLE, a Governmental Entity and DISTRICT FOUR PROBATION AND PAROLE UNKNOWN and KNOWN JOHN and JANE DOE, 1-thru-40, Employees, Agents and/or Representatives, Janae Vorhes; Angel Dobrev; Julie Bryant and M. Mason, headquarters 1299 N. Orchard St., Suite 110, Boise ID 83706, at all times

relevant to this complaint are the officials and agents supervising and training and overseeing the activities of the employees and agents, including controlling the conduct of the agents that caused injury to all the Plaintiffs.  These individuals are sued in their individual and official capacities.

29. Defendant ADA COUNTY TREASURER, a Governmental Entity and ADA COUNTY TREASURER UNKNOWN and KNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives, Vicky J. McIntyre, is located at 200 W. Front Street, Boise, Idaho 82702, at all times relevant to this complaint was the officials and individuals in charge of handling the taxes associated with Ada County and are the parties that caused injury to the plaintiffs James and Robert Coy.  Defendants are sued in their individual and official capacity.

30. Defendant ADA COUNTY DISTRICT COURT, a Governmental Entity and ADA COUNTY UNKNOWN and KNOWN JOHN and JANE DOE, 1-thru-20, Employees, Agents and/or Representatives, including the Honorable Judges Richard Greenwood and Thomas Watkins, located at 200 W. Front Street, Boise, Idaho 83702, at all times relevant to this complaint are the Judicial officials in Ada county presiding of Plaintiff Jones' cases in Ada County as identified in the factual allegations *Infra.*. Defendants Judges are sued in their official capacities for declaratory and injunctive relief and the other Defendants are sued in the individual and official capacities.

31. Defendant ADA COUNTY PROSECUTOR(S), a Governmental Entity and UNKNOWN and KNOWN JOHN AND JANE DOE, 1-thru-20, Unknown Employees, Deputies, Agent and Representative, Employees, i.e., Prosecuting Attorney Jan M. Bennetts, Deputy Prosecuting Attorneys, Kari Higbee, Ray J. Chacko, Erin Pettinger, Douglas R. Varie, Matt Haynes, and Tamera Kelly, at all times relevant to this complaint was a party that caused injury to plaintiff

Jones, Robert and James Coy. Defendants are sued in her individual official capacities.

32. Defendant ADA COUNTY COURT RECORDERS OFFICE, a Governmental Entity and ADA
COUNTY COURT RECORDERS OFFICE, UNKNOWN JOHN and JANE DOE, 1-thru-20,
Employees, Agents and/or Representatives are the defendants refused to file specific documents
for plaintiffs Jones, James Coy and Robert Coy, is located at 200 W. Front St., Boise, ID 83702,
at all times relevant to this complaint the defendants to cause injury to plaintiffs. Defendants are
sued in individual and official capacities.

33. Defendant ADA COUNTY SHERIFFS DEPARTMENT is a Governmental Entity and ADA
COUNTY SHERIFF UNKNOWN and KNOWN JOHN and JANE DOE, 1-thru-20, Employees,
Agents, Detectives and/or Representatives, including Matt Buie, located at 7200 Barrister Dr,
Boise, ID 83704, at all times relevant to this complaint are the defendants a cause injury to all the
plaintiffs. Defendants are suited their individual official capacities.

<strong>JURISDICTION:</strong>

34. Jurisdiction is found diversity of citizenship and amount.

35. Plaintiff is a citizen of the state of Idaho and defendant is a Corporation incorporated under the
laws of the state of Idaho having its principal place of business in the state about Idaho. The
matter in controversy exceeds exclusive of interest and cost the sum of $100,000 per defendant.

36. Jurisdiction found the existence of a federal question and amount in controversy.

a. The action arises under the Constitution of the United States, Article-I, Section-1, et seq.

b. Jurisdiction found the existence of a federal question and amount in controversy. The action
arises under the Constitution of the United States, Article-III, Section-1, et seq.

c. Jurisdiction found the existence of a federal question and amount in controversy. The action

<strong>VERIFIED COMPLAINT FOR DECLATORY AND<br>INJUNCTIVE RELIEF AND DAMAGES-Page 15</strong>

arises under the Constitution of the United States, Article-IV, Section-1, et seq.

d. Jurisdiction found the existence of a federal question and amount in controversy. The action arises under the Constitution of the United States, Amendment-1, 4, 5, 6, 7, 8, 9, and 14.

37. The sections a through d above, are here after more fully expressed. As stated above the matter in controversy exceeds, exclusive of interest and costs, the sum of $100,000 per defendant, or as the jury so awards.

38. Jurisdiction founded on the existence of a question arises under particular statutes. The action arises under the Idaho and federal statutes governing the Uniform Commercial Code, statutes governing retention of probation and parole offenders, ex post facto law as applied to plaintiffs Jones, Robert Coy James Coy, and Drennon, access to courts, free from cruel and unusual punishment, and right to association.

39. Jurisdiction may also be found on Admiralty and Maritime Law, as hereafter fully appears.

40. This Court has jurisdiction pursuant to the Constitution in Article III, Section-2; 28 U.S.C. §1251, §1253, §1331, §1332; federal and state *ex post facto* law; state and federal Uniform Commercial Codes; and Pendent Jurisdiction.

41. Jurisdiction is appropriate in this case pursuant to rule-9 of the federal Rules of Civil Procedure regarding the claims to be particularly alleged and clarified.

## ALL PLAINTIFFS FACTUAL ALLEGATIONS

42. Plaintiffs allege that they were engaging in lawful legal research and pleadings preparation with each other.

43. Plaintiffs alleged that specific defendants engaged in a retaliatory activity and working collusion with each other to deprive all plaintiffs of their rights to association privacy access to court to be free from cruel and unusual punishment and due process of law.

44. Plaintiff alleged that defendant's legislation committees implemented changes and statutory law that deprived plaintiff Drennon of his adequate medical care are placed inside a County jail of the auto department corrections facilities, and deprive all other plaintiffs of their right to seek legitimate claims against corporations, as Idaho has become an incorporated entity as well as all subdivisions of that state defendant.

45. Plaintiffs allege that these defendants have an ongoing agenda and plan to continue harassing plaintiff Drennon by constant harassing visitation and excessive abuses of discretion, which impedes plaintiffs Jones, and Robert and James Coy, access to court assistance from Mr. Drennon.

46. Plaintiff alleges that the defendants are violating Idaho statute, Idaho administrative procedures act, Idaho statutory law, federal law, federal statutory law, as well as the civil procedures for administrative processes, and the codes and rules governing the judicial process.

47. Plaintiffs Jones, Robert Coy and James Coy allege that all of Idaho governmental entities have become incorporated and are now registered with Dun & Bradstreet, which also subjects data will governmental entities to trading on the stock market, and as such are subject to both federal and Idaho uniform commercial codes.

## PLAINTIFF JONES

**Plaintiff Jones' introduction:**

48. Plaintiff Jones is a researcher of the laws regarding the Uniform Commercial Code in the State of Idaho as well as federal statutes.

49. Plaintiff Jones has engaged in the legal pursuit of filing the Uniform Commercial Code's under state and federal law against corporate individuals who violate his rights under the Uniform Commercial Code standards.

50. Under the Uniform Commercial Code, in both State of Idaho and federal statutes, plaintiff Jones has been complying with the statutes and codes in his attempt to right a wrong committed by the defendants herein.

51. Plaintiff Jones has trademarked his name and as such individuals who use his name without authority are in violation of trademark laws under the Uniform Commercial Code.

52. Plaintiff Jones has assisted by research Defendant State of Idaho and United States Uniform Commercial Code applications as applied to the states corporate entities, also known as the defendants named herein.

53. At no time did Plaintiff Jones received a notice of improper filing against the above defendants, which, as required under the Idaho Uniform Commercial Codes, the defendants are mandatorily required to give a UCC Information Statement` to plaintiff Jones.

54. The defendants in this case, regarding Jones' constitutional rights, had failed to respond to the claims in the documents filed and therefore have acquiesced to the statements in those claims.

## PLAINTIFF JONES FACTUAL ALLEGATION:

55. Plaintiff Jones states that the STATE OF IDAHO, aka, IDAHO, STATE OF is a for-profit corporation and has a Dunn & Bradstreet Nos. 07-313-3787 and 85-883-7792.

56. Plaintiff Jones states that the COUNTY OF ADA is a for-profit corporation and has a Dunn & Bradstreet #96-774-3667; 96-092-8869; 61-708-4934; 09-203-1459.

57. Plaintiff Jones states that the FOURTH DISTRICT COURT is a for-profit Court corporation and has a Dunn & Bradstreet #03-053-6184; 83-306-9136.

58. Plaintiff Jones states that the ADA COUNTY SHERIFFS DEPARTMENT is a for-profit Court corporation and has a Dunn & Bradstreet #s 03-053-6184; 83-306-9136; 03-053-6184.

59. Plaintiff Jones states that the ADA COUNTY JAIL is a for-profit Court corporation and has a

Dunn & Bradstreet #96-092-8869.

60. Plaintiff Jones states that the CITY OF MERIDIAN is a for-profit Court corporation and has a Dunn & Bradstreet #01-991-4667 and 18-193-6659.

61. Plaintiff Jones states that the MERIDIAN POLICE DEPARTMENT is a for-profit Court corporation and has a Dunn & Bradstreet #07-420-9706.

62. Plaintiff Jones states that the BOISE POLICE DEPARTMENT is a for-profit Court corporation and has a Dunn & Bradstreet #00-694-0093; 01-632-2514; 01-632-4401; 96-450-7920.

63. Plaintiff Jones states that the CITY OF BOISE is a for-profit Court corporation and has a Dunn & Bradstreet #07-001-7017.

64. Plaintiff Jones states that the BOISE CITY ATTORNEYS is a for-profit Court corporation and has a Dunn & Bradstreet #00-867-4264.

65. Plaintiff Jones states that the ADA COUNTY PROSECUTING ATTORNEYS is a-for profit Court corporation and has a Dunn & Bradstreet #78-493-2428.

66. Plaintiff Jones states that the IDAHO STATE POLICE is a for-profit Court corporation and has a Dunn & Bradstreet #16-882-4316; 82-501-6520; 07-552-3741; 78-493-2337.

67. Plaintiff Jones states that all of the IDAHO COUNTIES RISK MANAGMENT is a-for profit Court corporation and has a Dunn & Bradstreet #878994185 and 96-718-6888.

68. Plaintiff Jones states that these for profit corporations are working together in commerce and have a conflict of interest against the Plaintiff Jones.

69. Plaintiff Jones also states that these corporations are all about commerce and create millions of dollars a year, for fines, penalties, and bonds traded on the stock market and exists for profit and gain, and those that have to appear in the system is a conflict of interest.

70. At no time after filing the Notice and Claim of Lien did the Defendants timely respond to

Plaintiff Jones' specific claims raised in the UCC claims against the Corporation and their agents; thus Defendants defaulted as so defined by and under both the State of Idaho and United States Codes governing Corporation conduct and actions.

71. Plaintiff Jones answered an email with the Law Research Group, in the year 2000 or 2001 and began to learn about the Uniform Commercial Code, hereinafter UCC. In 2002, I filed Uniform Commercial Code Financing Statement in accord with UCC§§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933, with the California Secretary of State, with my Security Agreement designating Scott Douglas Jones, in any variation, as the living, breathing person and not the STAWMAN name (a fiction or corporation). Secured Party accepted debtor's signature in accord with UCC §§ 1-201(39), 3-401.

72. On November 21, 2002, November 28, 2002, and December 5, 2002, Plaintiff Jones ran a legal notice in the Sentinel Weekly News, in Corona, California, for the Copyright Notice of Scott D. Jones©, SCOTT D. JONES© in any variation. Said "notice" states that anyone using Plaintiff Jones' property/name without the Plaintiff Jones' permission or authorization or without viable compensation, user would be in violation of said copyright notice, and after receiving notice by declaration, by Plaintiff Jones, continued use from that point on would constitute a violation of copyright and user would be liable for $500,000.00 per use of Plaintiff Jones' name or property without authorization.

73. Plaintiff Jones further states that Plaintiff Jones' has been doing administrative processes, under the Federal Administrative Procedures Act and the Fair Debt Collections Act, since on or around the year of 2003, for third party debt collectors and in 2004 for billing dispute error via private administrative remedy process, under notary presentment.

74. Plaintiff Jones also states that in or around 2004 Plaintiff Jones became a notary public for the

State of California.

75. Plaintiff Jones relocated to Virginia in 2009 and Plaintiff Jones' became a notary public there, upon arrival.

76. In or around 2011,  Plaintiff Jones began to do an administrative process for foreclosure prevention, under the Federal Administrative Procedures Act of 1946, under notary presentment, wherein lenders would respond to said documents through the notary witness, presenter, & acceptor, who is a state and federal witness to verify answers to documents and correspondence sent.

77. Plaintiff Jones has done many administrative procedures personally with Bank of America, N.A., IndyMac/OneWest Bank, Toyota Financial Services and their CEO's and the Internal Revenue Service, with an operations manager and their commissioner and have filed UCC Financing Statements against each of them for non-response and default under notarial protest. Plaintiff Jones' secured party activity has never had legal repercussions as a result of any of these filings.

78. In or about September, 2013 Plaintiff Jones was stopped and cited by Defendant Stoy, Meridian Police Officer, for an alleged speeding infraction.

79. At that time, Plaintiff Jones never signed any form of agreement/contract recognizing the alleged speeding infraction.

80. In and around the years 2013 or 2014, Plaintiff Jones went to file Plaintiff Jones' security agreement on an Idaho UCC Financing Statement with the Idaho Secretary of State. Jeff Harvey, of the UCC Department, with the Secretary of State's office declined to file Plaintiff Jones security agreement, on a UCC-1 Financing Statement, stating that people that do these types of filings are not recognized or filed in Idaho. He also stated that UCC-1 Financing Statement filings against government employees are not accepted or filed.

81. On March 25, 2014, Plaintiff Jones sent William Stoy, Meridian Police Officer hereinafter Lien Debtor, a Declaration of Copyright Notice, Copyright Notice, and Proof of Publication affidavit, by USPS Certified Mail Receipt #7011 2970 0001 6264 0792, signed for by Pam Lucas, delivered on March 26, 2014, at the MERIDIAN POLICE DEPARTMENT, located at 1401 E. Watertower Street, Meridian, Idaho.

82. The Copyright Notice of Scott D Jones©, A.R., states that any unauthorized use of the name of Scott D Jones©, in any name variation, is subject to $500,000.00 per use, orally or written.

83. The Declaration of Copyright Notice of Plaintiff Jones sent to Lien Debtor, states that any unauthorized use of the name of Scott D Jones©, is subject to $500,000.00 per unauthorized use of name, property use, or any court appearance against Plaintiff Jones' .

84. On April 1, 2014, Plaintiff Jones and William Stoy Lien Debtor, voluntarily, did make a court appearance against Plaintiff Jones, case #CR-IN-2013-0033402 and accepted the contract by stating Plaintiff Jones' name, which Plaintiff Jones noticed Stoy that the use of Plaintiff Jones' name was breach of the Copyright laws. William Stoy Lien Debtor did orally repeat Plaintiff Jones' name in the court hearing while on the witness stand and without Plaintiff Jones' authorization.

85. Prior to appearing in Court, Plaintiff Jones gave the following notice to Defendant Lien Debtor Stoy:

> "The name you are using is common-law-copyrighted property and I am the holder of the copyright, the Secured Party in all transactions concerning unauthorized use thereof. You may address me as the "Secured Party." The party above, known as SCOTT D JONES, is a registered copyright, i.e. my copyrighted property. You do not now have, nor have you ever had, my permission to use my private property. You have been properly noticed of the fee for each unauthorized use of my property ($500,000.00 for each use, both verbal and written), so I can interpret your actions in no other way than you want to do business. Repeated use after notification of fees

**VERIFIED COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF AND DAMAGES-Page 22**